FILED

01/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0536

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0536

FILED

JAN 1 2 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF APPOINTMENT
TO THE DISTRICT COURT COUNCIL

O R D E R

The term of District Court Council member Hazel Parker, Clerk of District Court member, expired when she retired. Pursuant to § 3-1-1602(1)(c)(ii), MCA, the Montana Association of Clerks of District Courts has nominated Fergus County District Court Clerk Phyllis D. Smith as Ms. Parker's replacement on the District Court Council.

Therefore, and with thanks to Ms. Parker for her service on the District Court Council,

IT IS ORDERED that Phyllis D. Smith is hereby appointed to the District Court Council to serve the remainder of Ms. Parker's term, which will expire on June 30, 2021.

The Clerk is directed to provide copies of this Order to the Secretary of State; to Hazel Parker; to Phyllis D. Smith; to the remaining members of the District Court Council; to Beth McLaughlin, Court Administrator; to Shauna Ryan, Office of the Court Administrator; and to the State Bar of Montana.

Dated this 12 day of January, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices